UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 2013-365 (WOB-CJS)

JOHN HOLT     PLAINTIFF

VS.     <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY     DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #12), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. #10) is **denied;** and that defendant's motion for summary judgment (Doc. #11) is **granted.** A separate Judgment shall enter concurrently herewith.

This 4th day of June, 2014.



Signed By:
*William O. Bertelsman* WOB
United States District Judge